<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1888**

_____

ABUDUROUFO ABULAITI,

              Petitioner,

      v.

ERIC H. HOLDER, JR., Attorney General,

              Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted:  January 31, 2011      Decided:  February 9, 2011

_____

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Diane E. McHugh Martinez, LAW OFFICE OF MCHUGH MARTINEZ, Washington, D.C., for Petitioner.  Tony West, Assistant Attorney General, John S. Hogan, Senior Litigation Counsel, Andrea N. Gevas, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abuduroufo Abulaiti, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motions to reopen and to reconsider. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motions. See 8 C.F.R. § 1003.2(a) (2010). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Abulaiti (B.I.A. July 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED